

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00388-CV

**HARLANDALE INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**JASMINE ENGINEERING, INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI02459
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Jasmine Engineering, Inc. recover its costs of this appeal from appellant Harlandale Independent School District.

SIGNED October 31, 2018.

_____
Marialyn Barnard, Justice